**Order entered April 18, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00426-CV

## IN RE AARON WADE SMITH, Relator

**Original Proceeding from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 060321**

# ORDER

Before Justices Myers, Molberg, and Nowell

Before the Court is relator's petition for writ of mandamus, which was dated March 31, 2019 and filed April 12, 2019. We request that the real party in interest and respondent file their responses, if any, to the petition **by May 2, 2019**.

/s/    KEN MOLBERG
         JUSTICE